# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138550 & (39)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 138550
    COA: 286992
    Berrien CC: 2005-401979-FH

EDWARD PINKNEY,
      Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 18, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Berrien Circuit Court for reconsideration of the conditions of the appeal bond. We ORDER the trial court, within 21 days of the date of this order, to articulate the specific reasons for imposing a "24/7 curfew" on the defendant. The trial court shall file with the Clerk of the Supreme Court a transcript and related documents, if any, within 14 days of the completion of the proceedings on remand.

We retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2009

*Corbin R. Davis*

Clerk

0415